UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY JEROME WOMACK,<br><br>  Plaintiff,<br><br>  v.<br><br>GAVIN NEWSOM,<br><br>  Defendant. | Case No. 21-cv-00711-SI<br><br>**JUDGMENT** |

This action is dismissed for failure to state a claim upon which relief may be granted.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: February 11, 2021

_____
SUSAN ILLSTON
United States District Judge